Opinion issued July 21, 2026



In The

# Court of Appeals

For The

# First District of Texas

---

## NO. 01-26-00699-CV

---

## IN RE GREY ROCK GATHERING & MARKETING, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Grey Rock Gathering & Marketing, LLC, filed a petition for writ of mandamus challenging the trial court's May 15, 2026 order denying its Traditional Motion for Partial Summary Judgment.[1]  The Court denies relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

---

[1]     The underlying case is *Steagles Oil, LLC, David Loane, and Patrick Perugini v. Grey Rock Gathering & Marketing, LLC*, Cause No. 2025-34490, in the 333rd District Court of Harris County, Texas, the Honorable Tracy D. Good presiding.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Gunn, and Guiney.